**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 8, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00716-CV

_____

## IN RE GOOD HEARTS YOUTH AND FAMILY SERVICES, INC., TAELOR HARMON, ANGELA FACCIPONTE, AND JOYCE WATSON, Relators

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
268th District Court
Fort Bend County, Texas
Trial Court Cause No. 20-DCV-271311**

## MEMORANDUM OPINION

Relators Good Hearts Youth and Family Services, Inc., Taelor Harmon, Angela Facciponte, and Joyce Watson filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable O'Neil Williams, presiding judge of the 268th District Court of Fort Bend County, to vacate the trial court's

September 29, 2021 oral order denying relators' motion to compel a Rule 204 mental examination of Porshia Finch-Allen and the trial court's November 16, 2021 oral order denying relator's motion to reconsider.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.

Justice Jewell notes his dissent and would conditionally grant relief.